UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NEAL JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | ) Case No.: 1:19-cv-1647 - JLT <br> ) <br> ) ORDER GRANTING PLAINTIFF'S REQUEST <br> ) FOR AN EXTENSION OF TIME <br> ) <br> ) (Doc. 16) <br> ) <br> ) <br> ) <br> ) |

On July 30, 2020, the parties stipulated for Plaintiff to have an extension of time to file an opening brief.  Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. (Doc. 5 at 3)  Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*) Because the parties previously stipulated to an extension of time for the Commissioner (*see* Doc. 13), the Court construes to be a motion to amend the Court's scheduling order.  (Doc. 5 at 3)

Jonathan Pena, counsel for Plaintiff, asserts the additional time is necessary because "due [to] several merit briefs being due on the same week." (Doc. 16 at 1)  Mr. Pena asserts he needs "additional time to brief the issues thoroughly." (*Id.*)  Further, Mr. Pena notes the Commissioner does not oppose the requested extension and stipulated to his request.  (*Id.* at 1-2)  Finally, it does not appear the Commissioner would suffer any prejudice as a result of the extension of time.  Accordingly, the Court **ORDERS**:

1

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **September 25, 2020**;
3. Plaintiff is informed that no further extensions of time will be granted for filing the opening brief without a showing of exceptionally good cause, which will not include Counsel's workload.

IT IS SO ORDERED.

Dated: __**July 30, 2020**__           _____/s/ Jennifer L. Thurston_
                                       UNITED STATES MAGISTRATE JUDGE