1
2
3
4
5
6
7

8                                 **UNITED STATES DISTRICT COURT**

9                                 **EASTERN DISTRICT OF CALIFORNIA**

10

11   ERIC NEAL JOHNSON,                          )   Case No.: 1:19-cv-1647 JLT
                                                 )
12                Plaintiff,                      )   ORDER AWARDING ATTORNEY'S FEES
                                                 )   PURSUANT TO THE EQUAL ACCESS TO
13        v.                                      )   JUSTICE ACT
                                                 )
14   ANDREW SAUL,                                 )   (Doc. 24)
     Commissioner of Social Security,            )
15                                               )
                  Defendant.                      )
16                                               )

17        On April 19, 2021, Eric Neal Johnson and Andrew Saul, Commissioner of Social Security,

18   stipulated for the award and payment of attorney's fees and expenses in the amount of $5,150.41

19   pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 24)  Accordingly, the Court

20   **ORDERS:**  Subject to the terms of the parties' stipulation, fees and expenses in the total amount of

21   $5,150.41 are **AWARDED** to Plaintiff, Eric Neal Johnson.

22

23   IT IS SO ORDERED.

24       Dated:   __**April 19, 2021**__                    _____ **/s/ Jennifer L. Thurston**
25                                                          CHIEF UNITED STATES MAGISTRATE JUDGE

26
27
28